COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

TEXAS DEPARTMENT OF FAMILY
AND       )

PROTECTIVE
SERVICES,                                  )              
No.  08-04-00340-CV

                                                                              )

Appellant,                          )                    Appeal from the

                                                                              )

v.                                                                           )                
65th District Court 

                                                                              )

JOSE CHACON,                                                  )           
of El Paso County, Texas

                                                                              )

Appellee.                           )              
(TC# 2003CM3424)

                                                                              )

 

MEMORANDUM  OPINION

 

Pending before the
Court is Appellant=s motion
to dismiss appeal and withdraw the notice of appeal.  See Tex.R.App.P. 42.1(a)(1).  Appellant gave notice of its intent to appeal
a final judgment entered by the 65th Judicial District Court of El Paso County,
Texas, in cause number 2003CM3424.  In
its motion, Appellant states a final order had not been rendered by the trial court
and therefore, its notice of appeal was prematurely filed.  The Court has considered this cause on the
Appellant=s motion
and concludes the motion should be granted and the appeal should be
dismissed.  The appeal is hereby
dismissed.

 

 

                                                                                  


December
30, 2004                                         

DAVID WELLINGTON
CHEW, Justice

 

Before Panel No. 2

Barajas, C.J., McClure, and Chew, JJ.